direct any and all other equitable relief deemed to be proper, in accordance with the Court's good judgment and in the furtherance of justice.

All the above statements are true to the best of my knowledge, and I understand that a false statement in this Verified Complaint may subject me to penalties of perjury.

_/s/ MCC_
Michael D. Webb, a/k/a Major Mike Webb
1210 S. Glebe Rd, #40391
Arlington, Virginia 22204
Phone: (856) 220-1354
Email: GiveFaithATry@gmail.com

Executed on: __7-2-21__ (Date)

Subscribed, acknowledged and sworn to before me, the undersigned Notary Public in the

County of __Arlington__, in the Commonwealth of Virginia, this __2nd__ day of __July__, 20__21__.

CHRISTY RICHARDS
NOTARY PUBLIC
Commonwealth of Virginia
Expires: 08/31/2022
ID #: 7056724

NOTARY PUBLIC

My commission expires: __08/31/2022__   Registration Number: __7056724__

### Table of Exhibits

| Exhibit | Description |
|---|---|
| A. | Arlington Voters Against Mike Webb |
| B. | People Against Mike Webb |
| C. | Cached CDC Pages on Myocarditis |
| D. | Home Invasion Lightbulb |
| E. | Property Tax on Vehicle |
| F. | DMV Complaint |
| G. | Towing Charges |
| H. | FOIA VDH re: Weaponization |
| I. | Transcript of Hearing |
| J. | NIAID and CDC FOIA |
| K. | Email Forwarding FOIA |

| | L. | FedEx Vatican Transit Log |
|---|---|---|
| | M. | OMB Acknowledgement |

# EXHIBITS

## Exhibit A

